UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PATRICIA LUKE and JANE KLEIN                CIVIL ACTION

VERSUS                                      NO. 08-4689

DEVIER CONSTRUCTION, L.L.C.                 SECTION "F"

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the plaintiff's Motion for Partial Summary Judgment, set for hearing on July 29, 2009, has been timely submitted.

Accordingly, the motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit, IT IS ORDERED that the plaintiff's Motion for Partial Summary Judgment is GRANTED as unopposed.

New Orleans, Louisiana, July 28, 2009.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1